UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROLAND ANTHONY LONGGREAR,

        Petitioner,

v.                                Case Number: 07-CV-10455
                                Honorable Lawrence P. Zatkoff

CINDI CURTIN,

        Respondent.
_____/

**OPINION AND ORDER GRANTING EXTENSION OF TIME TO FILE APPEAL**

        On December 23, 2009, this Court issued an Opinion and Order denying Petitioner's petition for writ of habeas corpus (Docket #18). In a filing dated September 16, 2011, Petitioner asserts that he learned, for the first time, on September 6, 2011, of the Court's December 23, 2009 Opinion and Order denying his petition and requests that the Court allow him additional time to file his appeal (hereinafter referred to as Petitioner's "Request for Extension to File Appeal") (Docket #23). The Court's review of the docket reflects that the mailing with respect to the December 23, 2009 Opinion and Order was returned as undeliverable, without fault of Petitioner, as it was not sent to the then-current address for Petitioner. The docket further reflects that Petitioner's Request for Extension to File Appeal was filed promptly after Petitioner learned that his petition had been denied. Accordingly, the Court hereby GRANTS Petitioner's Request for Extension to File Appeal (Docket #23) and, to the extent Petitioner still desires to file an appeal, ORDERS Petitioner to file his appeal within 45 days of the date of this Opinion and Order. The Court's prior rulings declining to issue a certificate of appealability and leave to proceed in forma pauperis remain intact.

IT IS SO ORDERED.

                                             s/Lawrence P. Zatkoff
                                             LAWRENCE P. ZATKOFF
                                             UNITED STATES DISTRICT JUDGE

Dated: October 13, 2011

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on October 13, 2011.

                                             s/Marie E. Verlinde
                                             Case Manager
                                             (810) 984-3290