UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROLAND ANTHONY LONGGREAR,

       Petitioner,

v.                                                  Case Number: 07-CV-10455
                                                    Honorable Lawrence P. Zatkoff
CINDI CURTIN,

       Respondent.
_____/

## OPINION AND ORDER

On October 27, 2011, Petitioner filed in this Court a "Motion for Reopening the Time to File Appeal under FRAP 4(a)(6)(A)(B)(C) (Docket #27). The relief requested in Petitioner's Motion has already been granted, however, as set forth in an Opinion and Order issued by the Court on October 13, 2011, wherein the Court stated:

> Accordingly, the Court hereby GRANTS Petitioner's Request for Extension to File Appeal (Docket #23) and, to the extent Petitioner still desires to file an appeal, ORDERS Petitioner to file his appeal within 45 days of the date of this Opinion and Order. The Court's prior rulings declining to issue a certificate of appealability and leave to proceed in forma pauperis remain intact.

As the relief Petitioner seeks from this Court has already been granted, Petitioner's Motion is DENIED AS MOOT.

2

IT IS SO ORDERED.

          s/Lawrence P. Zatkoff
          LAWRENCE P. ZATKOFF
          UNITED STATES DISTRICT JUDGE

Dated:  November 8, 2011

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on November 8, 2011.

          s/Marie E. Verlinde
          Case Manager
          (810) 984-3290